Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CADECUS LLC d/b/a CAFE RACER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY,<br><br>Defendant. | No. 2:21-cv-00050 BJR<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT [DKT. 1] |

## **STIPULATION**

The parties, Plaintiff Cadecus LLC d/b/a Cafe Racer ("Plaintiff"), and Defendant Scottsdale Insurance Company ("Defendant"), hereby stipulate as follows:

1. Defendant Scottsdale filed a Notice of Appearance on February 8, 2021 (Dkt. 10).

2. Pursuant to the Court's Minute Entry entered on January 25, 2021 (Dkt. 8), counsel for the parties met and conferred by phone on February 8, 2021.

3. The deadline for Defendant to answer or otherwise respond to Plaintiff's Class Action Complaint (Dkt. 1) is February 11, 2021.

4. The parties have agreed to extend the deadline for Defendant to answer or otherwise respond to the Complaint to February 25, 2021.

STIP. & ORD. TO EXTEND TIME TO ANSWER OR RESPOND TO COMPL. (No. 2:21-cv-00050 BJR) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

5. The parties shall adhere to all other deadlines and orders entered in this action including all obligations to meet and confer.

6. This Stipulation will not cause any party prejudice or undue delay and is designed to facilitate orderly case management.

IT IS SO STIPULATED.

DATED this 8th day of February, 2021.

McNAUL EBEL NAWROT & HELGREN PLLC

By:  s/Robert M. Sulkin
    Robert M. Sulkin, WSBA No. 15425
    Malaika M. Eaton, WSBA No. 32537
    Daniel A. Fiedler, WSBA No. 56436

600 University Street, Suite 2700
Seattle, Washington  98101-3143
Telephone (206) 467-1816
rsulkin@mcnaul.com
meaton@mcnaul.com
dfiedler@mcnaul.com

Attorneys for Defendant Scottsdale Insurance Company

KELLER ROHRBACK L.L.P.

By:  s/Amy Williams-Derry
    Amy Williams-Derry, WSBA No. 28711
    Lynn L. Sarko, WSBA No. 16569
    Ian S. Birk, WSBA No. 31431
    Gretchen Freeman Cappio, WSBA No. 29576
    Irene M. Hecht, WSBA No. 11063
    Karin B. Swope, WSBA No. 24015
    Nathan Nanfelt, WSBA No. 45273

1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone (206) 623-1900

STIP. & ORD. TO EXTEND TIME TO ANSWER OR RESPOND TO COMPL. (No. 2:21-cv-00050 BJR) – Page 2

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

awilliams-derry@kellerrohrback.com
lsarko@kellerrohrback.com
ibirk@kellerrohrback.com
ihecht@kellerrohrback.com
kswope@kellerrohrback.com
nnanfelt@kellerrohrback.com

By: s/Alison Chase
Alison Chase, *pro hac vice forthcoming*

801 Garden Street, Suite 301
Santa Barbara, California 93101
Telephone (805) 456-1496
achase@kellerrhohrback.com

Attorneys for Plaintiff and the Proposed Classes

## ORDER

Having reviewed the foregoing Stipulation of the parties, and finding that good cause exists for the requested relief, now, therefore, the Court HEREBY GRANTS the Stipulation.

IT IS ORDERED that Defendant may answer or otherwise respond to Plaintiff's Complaint on or before February 25, 2021.

IT IS SO ORDERED.

DATED this 9th day of February, 2021.

*[signature]*

Honorable Barbara J. Rothstein
United States District Court Judge

///

STIP. & ORD. TO EXTEND TIME TO ANSWER OR RESPOND TO COMPL. (No. 2:21-cv-00050 BJR) – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816