The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CADECUS LLC d/b/a CAFE RACER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY,<br><br>Defendant. | No. 2:21-cv-00050-BJR<br><br>STIPULATION AND ORDER STAYING DISCOVERY AND RELATED DEADLINES |

**STIPULATION**

In accordance with the Order Regarding Initial Disclosures and Joint Status Report (Dkt. No. 7), the parties conferred pursuant to Fed. R. Civ. P. 26 on February 18, 2021.

Defendant filed a dispositive motion under Fed. R. Civ. P. 12 on February 25, 2021. *See* Dkt. No. 13 (Order Granting Stipulated Motion to Extend Time to Respond to Complaint); Dkt. No. 20 (Defendant's Corrected Motion to Dismiss); Dkt. No. 21 (Defendant's Corrected Declaration in support of Defendant's Corrected Motion to Dismiss). The parties believe that the Defendant's motion will be fully briefed shortly after the existing briefing schedule in the coordinated COVID-19 coverage cases that are also pending before this Court.

STIPULATION AND ORDER STAYING DISCOVERY AND RELATED DEADLINES (2:21-cv-00050-BJR) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1    In an effort to preserve judicial economy, the parties stipulate and respectfully propose the following:

2    1.  Discovery should be stayed in this case as it has been in a number of the other COVID-19 coverage cases.

3    2.  Deadlines in the Order Regarding Initial Disclosures and Joint Status Report (Dkt. No. 7) should be stayed.

4    3.  The parties will confer about i) the exchange of discovery pursuant to Fed. R. Civ. P. 26; ii) the timing of Plaintiff's motion for class certification pursuant to Fed. R. Civ. P. 23; and iii) other appropriate case scheduling matters to the extent appropriate after the Court has ruled on the merits of Defendant's dispositive motion.

5    4.  To correct a typographical error, the case caption should be corrected to "CADECEUS LLC d/b/a CAFE RACER."

6    5.  This stipulation is made without prejudice to Defendant raising any available merits defenses.

IT IS SO STIPULATED.

DATED this 26th day of February, 2021.

KELLER ROHRBACK L.L.P.

By: *s/ Amy Williams-Derry*
By: *s/ Lynn L. Sarko*
By: *s/ Ian S. Birk*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Irene M. Hecht*
By: *s/ Gabriel E. Verdugo*
By: *s/ Nathan L. Nanfelt*
   Amy Williams-Derry, WSBA #28711
   Lynn L. Sarko, WSBA #16569
   Ian S. Birk, WSBA #31431

STIPULATION AND ORDER STAYING DISCOVERY AND
RELATED DEADLINES (2:21-cv-00050-BJR) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | Gretchen Freeman Cappio, WSBA #29576                            |
| 2  | Irene M. Hecht, WSBA #11063                                     |
|    | Gabriel E. Verdugo, WSBA #44154                                 |
| 3  | Nathan Nanfelt, WSBA #45273                                     |
|    | 1201 Third Avenue, Suite 3200                                   |
| 4  | Seattle, WA 98101                                               |
| 5  | Tel.: (206) 623-1900                                            |
|    | Fax: (206) 623-3384                                             |
| 6  | Email: awilliams-derry@kellerrohrback.com                       |
|    | Email: lsarko@kellerrohrback.com                                |
| 7  | Email: ibirk@kellerrohrback.com                                 |
| 8  | Email: gcappio@kellerrohrback.com                               |
|    | Email: ihecht@kellerrohrback.com                                |
| 9  | Email: gverdugo@kellerrohrback.com                              |
|    | Email: nnanfelt@kellerrohrback.com                              |

10    By: *s/ Alison Chase*
          Alison Chase, *pro hac vice forthcoming*
11        801 Garden Street, Suite 301
          Santa Barbara, CA 93101
12        Tel.: (805) 456-1496
          Fax: (805) 456-1497
13        Email: achase@kellerrohrback.com
14
          ***Attorneys for Plaintiff and the Proposed***
15        ***Classes***
16
      McNAUL EBEL NAWROT & HELGREN PLLC
17

18    By: *s/ Robert M. Sulkin*
          Robert M. Sulkin, WSBA #15425
19        Malaika M. Eaton, WSBA #32539
          Daniel A. Fiedler, WSBA #56436
20        600 University Street, Suite 2700
          Seattle, WA 98101-3143
21        Tel: (206) 467-1816
22        Email: rsulkin@mcnaul.com
          Email: meaton@mcnaul.com
23        Email: dfiedler@mcnaul.com
24
          Michael H. Carpenter
25        *Pro Hac Vice Application Pending*
          Carpenter Lipps & Leland LLP
26        280 Plaza, Suite 1300

STIPULATION AND ORDER STAYING DISCOVERY AND
RELATED DEADLINES (2:21-cv-00050-BJR) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1
2
3

280 North High Street
Columbus, Ohio  43215
(614) 365-4100
carpenter@carpenterlipps.com

4
5
6
7
8

Aneca E. Lasley
*Admitted Pro Hac Vice*
Squire Patton Boggs (US) LLP
2000 Huntington Center
41 S. High Street
Columbus, Ohio  43215
(614) 365-2830
aneca.lasley@squirepb.com

9
10

***Attorneys for Defendant Scottsdale Insurance Company***

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND ORDER STAYING DISCOVERY AND
RELATED DEADLINES (2:21-cv-00050-BJR) - 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**ORDER**

Having reviewed the foregoing Stipulation of the parties, and finding that good cause exists for the requested relief, the Court HEREBY GRANTS the relief requested, as follows:

1. Discovery is HEREBY STAYED.

2. Deadlines of the Order Regarding Initial Disclosures and Joint Status Report are HEREBY STAYED.

3. The parties SHALL CONFER about i) the exchange of discovery pursuant to Fed. R. Civ. P. 26; ii) the timing of Plaintiff's motion for class certification pursuant to Fed. Civ. P. 23; and iii) other appropriate case scheduling matters to the extent appropriate after the Court has ruled on the merits of Defendant's dispositive motion.

4. This Order is issued without prejudice to Defendant raising any possible defenses later in the case.

5. The Clerk is directed to change the plaintiff's name as reflected in the case caption to "CADECEUS LLC d/b/a CAFE RACER."

IT IS SO ORDERED.

DATED this 1st day of March, 2021.

*/s/ Barbara J. Rothstein*
Honorable Barbara J. Rothstein
United States District Court Judge

STIPULATION AND ORDER STAYING DISCOVERY AND
RELATED DEADLINES (2:21-cv-00050-BJR) - 5

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384