THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WADE K. MARLER, DDS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ASPEN AMERICAN INSURANCE COMPANY,<br><br>　　　　Defendant. | No. 2:20-cv-00616-BJR<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE A SINGLE OMNIBUS REPLY IN SUPPORT OF MOTION TO CERTIFY QUESTIONS TO THE WASHINGTON STATE SUPREME COURT** |
| KARA MCCULLOCH DMD MSD PLLC, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>VALLEY FORGE INSURANCE COMPANY, *et al.*,<br><br>　　　　Defendants. | No. 2:20-cv-00809-BJR |
| CABALLERO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MASSACHUSETTS BAY INSURANCE COMPANY,<br><br>　　　　Defendant. | No. 3:20-cv-05437-BJR |

PLS.' UNOPPOSED MOTION TO FILE SINGLE OMNIBUS REPLY IN SUPPORT OF MOTION TO CERTIFY
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-00661-BJR; 2:21-cv-00050-BJR)- 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| CHORAK, *et al.*, | No. 2:20-cv-00627-BJR |
| Plaintiffs, | |
| v. | |
| HARTFORD CASUALTY INSURANCE COMPANY, *et al.*, | |
| Defendants. | |
| PACIFIC ENDODONTICS, P.S., *et al.*, | No. 2:20-cv-00620-BJR |
| Plaintiffs, | |
| v. | |
| OHIO CASUALTY INSURANCE COMPANY, *et al.*, | |
| Defendants. | |
| NGUYEN, *et al.*, | No. 2:20-cv-00597-BJR |
| Plaintiffs, | |
| v. | |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, *et al.*, | |
| Defendants. | |

PLS.' UNOPPOSED MOTION TO FILE SINGLE OMNIBUS REPLY IN SUPPORT OF MOTION TO CERTIFY
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-00661-BJR; 2:21-cv-00050-BJR)- 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| LA COCINA DE OAXACA LLC, | No. 2:20-cv-01176-BJR |
| Plaintiff, | |
| v. | |
| TRI-STATE INSURANCE COMPANY OF MINNESOTA, | |
| Defendant. | |
| MARK GERMACK DDS, individually and on behalf of all others similarly situated, | No. 2:20-cv-00661-BJR |
| Plaintiff, | |
| v. | |
| THE DENTISTS INSURANCE COMPANY, | |
| Defendant. | |
| CADECEUS LLC d/b/a CAFE RACER, individually and on behalf of all others similarly situated, | No. 2:21-cv-00050-BJR |
| Plaintiff, | |
| v. | |
| SCOTTSDALE INSURANCE COMPANY, | |
| Defendant. | |

PLS.' UNOPPOSED MOTION TO FILE SINGLE OMNIBUS REPLY IN SUPPORT OF MOTION TO CERTIFY
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-00661-BJR; 2:21-cv-00050-BJR)- 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

# PLAINTIFFS' UNOPPOSED MOTION TO FILE A SINGLE OMNIBUS REPLY IN SUPPORT OF MOTION TO CERTIFY QUESTIONS TO THE WASHINGTON STATE SUPREME COURT

In order to increase efficiencies for the parties and the Court, Plaintiffs in the above-captioned matters respectfully move this Court to allow them to file a single omnibus reply brief of no more than 15 pages in response to Defendants' oppositions to Plaintiffs' Motion to Certify Questions to the Washington State Supreme Court (the "Opposition Motions"). Plaintiffs have conferred with counsel for Defendants and they do not oppose this request.

In support of this motion, Plaintiffs hereby state as follows:

1. On February 18, 2021, Plaintiffs filed their Motion to Certify Questions to the Washington State Supreme Court ("the Omnibus Motion") in the above-captioned *Marler*, *McCulloch*, *Caballero*, *Chorak*, *Pacific Endodontics*, *Nguyen*, *Germack*, and *La Cocina de Oaxaca* actions.

2. On March 10, 2021, Plaintiff Cadeceus LLC filed a substantively-identical Motion to Certify Questions to the Washington State Supreme Court (the "Cadeceus Motion") in the above-captioned matter.

3. On March 25, 2021, Defendants responded to the Omnibus Motion by filing a 30-page Omnibus Opposition. Plaintiffs' reply to this Omnibus Opposition is due April 8, 2021.

4. On March 31, 2021, Scottsdale Insurance Company responded to the Cadeceus Motion by filing a 5-page opposition, which, among other things, incorporated by reference the arguments and citations in the March 25, 2021 Omnibus Opposition. Plaintiffs' reply to Scottsdale's opposition is due by April 14, 2021.

PLS.' UNOPPOSED MOTION TO FILE SINGLE OMNIBUS REPLY IN SUPPORT OF MOTION TO CERTIFY
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-00661-BJR; 2:21-cv-00050-BJR)- 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

5. After review of the two oppositions, Plaintiffs believe it will be most efficient for the parties and the Court if they respond to the two oppositions by filing a single omnibus reply brief. Plaintiffs will limit their omnibus reply brief to 15 pages, *i.e.,* half the number of pages used in the Omnibus Opposition, and less than half of the combined total of pages used by the Defendants collectively in the two opposition motions.

6. Plaintiffs will file their single omnibus reply to both oppositions by April 8, 2021.

7. Defendants do not oppose Plaintiffs' request to respond to their oppositions by April 8, 2021 with a single omnibus reply brief that is limited to 15 pages.

**Now, therefore**, Plaintiffs' request, which Defendants do not oppose, to file an omnibus reply brief limited to 15 pages should be granted.

## ORDER

**IT IS SO ORDERED.**

DATED this 5th day of April, 2021.

_____
Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

Presented By:

DATED this 2nd day of April, 2021

PLS.' UNOPPOSED MOTION TO FILE SINGLE OMNIBUS REPLY
IN SUPPORT OF MOTION TO CERTIFY
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR; 2:20-cv-00661-BJR; 2:21-cv-00050-BJR)- 5

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**KELLER ROHRBACK L.L.P.**

By: *s/ Amy Williams-Derry*
By: *s/ Lynn L. Sarko*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Ian S. Birk*
By: *s/ Irene M. Hecht*
By: *s/ Gabriel Verdugo*
By: *s/ Nathan L. Nanfelt*
    Amy Williams-Derry, WSBA #28711
    Lynn Lincoln Sarko, WSBA #16569
    Gretchen Freeman Cappio, WSBA #29576
    Ian S. Birk, WSBA #31431
    Irene M. Hecht, WSBA #11063
    Gabriel Verdugo, WSBA #44154
    Nathan Nanfelt, WSBA #45273
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Fax: (206) 623-3384
    Email: awilliams-derry@kellerrohrback.com
    Email: lsarko@kellerrohrback.com
    Email: gcappio@kellerrohrback.com
    Email: ibirk@kellerrohrback.com
    Email: ihecht@kellerrohrback.com
    Email: gverdugo@kellerrohrback.com
    Email: nnanfelt@kellerrohrback.com

By: *s/ Alison Chase*
    Alison Chase, *pro hac vice forthcoming*
    801 Garden Street, Suite 301
    Santa Barbara, CA 93101
    Telephone: (805) 456-1496
    Fax: (805) 456-1497
    Email: achase@kellerrohrback.com

***Attorneys for Plaintiffs Nguyen et al., Pacific Endodontics, et al., Chorak et al., Marler et al., McCulloch, et al., Caballero, La Cocina de Oaxaca LLC, Owens Davies, P.S., Mark Germack DDS, The Seattle Symphony Orchestra, and Cafe Racer***

**OWENS DAVIES, P.S.**

PLS.' UNOPPOSED MOTION TO FILE SINGLE OMNIBUS REPLY IN SUPPORT OF MOTION TO CERTIFY
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-00661-BJR; 2:21-cv-00050-BJR)- 6

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

|   |   |
|---|---|
| 1 | By: *s/ Matthew B. Edwards* |
| 2 | Matthew B. Edwards, WSBA #18332<br>1115 West Bay Drive, Suite 302 |
| 3 | Olympia, WA 98502<br>Telephone: (206) 203-1900 |
| 4 | Email: medwards@owensdavies.com |

By: *s/ Matthew B. Edwards*
    Matthew B. Edwards, WSBA #18332
    1115 West Bay Drive, Suite 302
    Olympia, WA 98502
    Telephone: (206) 203-1900
    Email: medwards@owensdavies.com

***Attorneys for Plaintiff Owens Davies, P.S.***

**RUIZ & SMART PLLC**

By: *s/ William C. Smart*
By: *s/ Isaac Ruiz*
By: *s/ Kathryn M. Knudsen*
    William C. Smart, WSBA #8192
    Isaac Ruiz, WSBA #35237
    Kathryn M. Knudsen, WSBA #41075
    1200 5th Avenue, Suite 1220
    Seattle, WA 98101
    Telephone: (206) 203-1900
    Email: wsmart@plaintifflit.com
    Email: iruiz@plaintifflit.com
    Email: kknudsen@plaintifflit.com

***Attorneys for Plaintiffs Jennifer Strelow, DMD and Shokofeh Tabaraie DDS PLLC***

**HACKETT, BEECHER & HART**

By: *s/ Brent W. Beecher*
    Brent W. Beecher, WSBA #31095
    601 Union Street, Suite 2600
    Seattle, WA 98101
    Telephone: (206) 787-1830
    Email: bbeecher@hackettbeecher.com

***Attorneys for Seattle Bakery, LLC, CSQBKR2018, LLC, Piroshky Piroshky Bakery, LLC, Piroshky Baking Company, LLC, and SCRBKR2017, LLC***

**THE LOYD LAW FIRM, P.L.L.C.**

By: *s/ Shannon Loyd*
    Shannon Loyd
    12703 Spectrum Drive, Suite 201
    San Antonio, Texas 78249

PLS.' UNOPPOSED MOTION TO FILE SINGLE OMNIBUS REPLY IN SUPPORT OF MOTION TO CERTIFY
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-00661-BJR; 2:21-cv-00050-BJR)- 7

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Telephone:(210) 775-1424
Facsimile:(210) 775-1410
Email: shannon@theloydlawfirm.com

**Attorneys for Plaintiff J Bells LLC**

**GORDON TILDEN THOMAS & CORDEL LLP**

By: s/ *Mark A. Wilner*
By: s/ *Franklin D. Cordell*
By: s/ *Kasey D. Huebner*
 Mark A. Wilner, WSBA #31550
 Franklin D. Cordell, WSBA #26392
 Kasey D. Huebner, WSBA #32890
 One Union Square
 600 University Street, Suite 2915
 Seattle, WA 98101
 Telephone: (206) 467-6477
 Fax: (206) 467-6292
 Email: mwilner@gordontilden.com
 Email: fcordell@gordontilden.com
 Email: khuebner@gordontilden.com

***Attorneys for Plaintiffs Suneet Bath, Noskenda Inc. and The Seattle Symphony Orchestra***

PLS.' UNOPPOSED MOTION TO FILE SINGLE OMNIBUS REPLY IN SUPPORT OF MOTION TO CERTIFY
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-00661-BJR; 2:21-cv-00050-BJR)- 8

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384