# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CADECEUS LLC, d/b/a CARE RACER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>SCOTTSDALE INSURANCE COMPANY,<br><br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:21-cv-00050-BJR |

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

 By Order of the Court, Defendant's Motion to Dismiss, Dkt. No. 20, is GRANTED. This matter is DISMISSED with Prejudice.

 DATED this 1st day of June 2021.

                WILLIAM M. MCCOOL
                Clerk of Court

                /s/Michael Williams
                Deputy Clerk